IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01788-OES

EDGAR NAJERA-VALDEZ,

Applicant,

v.

WARDEN JAMES ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

Applicant Edgar Najera-Valdez is a prisoner in the custody of the Colorado Department of Corrections (DOC), who currently is incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado. Mr. Najero-Valdez has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

The Court must construe the Application liberally, because Mr. Najero-Valdez is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Najero-Valdez will be ordered to file an Amended Application.

Mr. Najera-Valdez alleges that he was convicted in the Denver District Court on charges of second-degree kidnaping, attempted sexual assault, and unlawful sexual contact. Applicant further asserts that the judgment of conviction was entered on April 11, 2002, that he appealed directly from the judgment of conviction to the Colorado

Court of Appeals, and that certiorari review was denied on November 1, 2004. Mr. Najero-Valdez also alleges that he did not file a postconviction motion.

Mr. Najero-Valdez has failed to complete the Court-approved form in a manner that makes clear the claims he intends to assert in this Court. He fails to assert any claims in the Application form, and it is not clear to the Court if he intends to assert the same claims he raised in state court.

Mr. Najero-Valdez's Application fails to comply with Rule 8 of the Federal Rules of Civil Procedure. The Federal Rules of Civil Procedure apply to applications for habeas corpus relief. *See* Fed. R. Civ. P. 81(a)(2); **Browder v. Director, Dep't of Corrections**, 434 U.S. 257, 269 (1978); **Ewing v. Rodgers**, 826 F.2d 967, 969-70 (10th Cir. 1987). Pursuant to Fed. R. Civ. P. 8(a), a pleading "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." Fed. R. Civ. P. 8(e)(1) provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Najero-Valdez's Application fails to provide a short and plain statement of his claims showing that he is entitled to relief. He will be given an opportunity to file an Amended Application to clarify his claims. In addition, Mr. Najero-Valdez also must demonstrate that he has exhausted state remedies as to each asserted claim. *See* 28

U.S.C. § 2254(b)(1); *Dever v. Kansas State Penitentiary*, 36 F.3d 1531, 1534 (10th Cir. 1994). Accordingly, it is

ORDERED that Mr. Najero-Valdez file **within thirty (30) days from the date of this Order** an Amended Application that complies with the Order. It is

FURTHER ORDERED that Mr. Najero-Valdez's Amended Application shall be titled, "Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Najero-Valdez, together with a copy of this Order, two copies of the following form for use in filing the Amended Application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Mr. Najero-Valdez fails within the time allowed to file an Amended Application as directed, the Application will be denied and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 21 day of September, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01788-OES

Edgar Najera-Valdez
Reg. No. 113673
CTCF – CH  3 A-1-L-6
P.O. Box 1010
Canon City, CO 81215

   I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on  9/21/05

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk